```
                                          FILED
                                          May 13, 2015
                                          CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>        Plaintiff,                    )<br>v.                                     )<br>                                       )<br>JORDAN ALEXANDER KINGLEE,              )<br>                                       )<br>        Defendant.                    )<br>_____) | Case No. 2:15MJ00104-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORDAN ALEXANDER KINGLEE , Case No.  2:15MJ00104-AC-1 , Charge  18USC § 1343 AND 1346 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __   Release on Personal Recognizance

 __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond $_____

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

 ✔   (Other)        Pretrial conditins as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 13, 2015  at  2:00 pm .

                                By   /s/ Allison Claire/s/ Allison Claire
                                          Allison Claire
                                          United States Magistrate Judge

Copy 2 - Court