BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORDAN KINGLEE,<br><br>                    Defendant. | CASE NO. 2:15-MJ-0104-AC<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: June 17, 2015<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CHRISTIAAN H. HIGHSMITH, and defendant JORDAN KINGLEE, both individually and by and through his counsel of record, MATTHEW SCOBLE, hereby stipulate as follows:

1.      The Complaint in this case was filed on May 7, 2015, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on May 13, 2015. At that hearing, the court set a preliminary hearing date of June 3, 2015.

2.      On May 26, the parties filed a stipulation and proposed order seeking a continuance of the preliminary hearing date. In accordance with the stipulation of the parties, the court set a preliminary hearing date of June 17, 2015.

3.      By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to August 12, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense

reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 17, 2015, and August 12, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  June 11, 2015                         BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ CHRISTIAAN H. HIGHSMITH
                                              CHRISTIAAN H. HIGHSMITH
                                              Assistant United States Attorney


Dated:  June 11, 2015                         /s/ MATTHEW SCOBLE
                                              MATTHEW SCOBLE
                                              Counsel for Defendant
                                              Jordan Kinglee


## [~~PROPOSED~~] FINDINGS AND ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 11, 2015.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a

speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 12, at 2:00 p.m.

2. The time between June 17, 2015, and August 12, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: June 11, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE