HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN KINGLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  JORDAN KINGLEE,  Defendant. | No. 2:15-mj-0104-AC  STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING  Date: September 23, 2015  Time: 2:00 p.m.  Judge: Hon. Allison Claire |

The United States of America, through its counsel, Assistant U. S. Attorney Christiaan Highsmith, and defendant, Jordan Kinglee, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the Preliminary Hearing, currently scheduled for September 23, 2015, be continued to October 28, 2015 at 2:00 p.m.

The parties stipulate pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to evaluate the evidence and consider the possibility of a pre-indictment resolution of the case.

The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for

1  defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code
2  T4).

3   DATED: September 18, 2015        HEATHER E. WILLIAMS
4                                    Federal Defender

5                                    */s/ Matthew Scoble*
6                                    MATTHEW SCOBLE
7                                    Assistant Federal Defender
                                     Attorney for JORDAN KINGLEE
8

9  DATED: September 18, 2015         BENJAMIN B. WAGNER
                                     United States Attorney
10

11                                   */s/ Christiaan Highsmith*
                                     CHRISTIAAN HIGHSMITH
12                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28


## **O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to October 28, 2015, at 2:00 p.m., before the Hon. Dale A. Drozd; and, time excluded for the reasons set forth above. The Court finds that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE