UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 10, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORDAN ALEXANDER KINGLEE,

Defendant.

Case No. 2:15-cr-00217-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JORDAN ALEXANDER KINGLEE ,

Case No. 2:15-cr-00217-MCE from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 100,000 (unintelligible)

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): To be released on 12/14/2015 at 9:00 AM to Pretrial Services, and to the 3rd party of Luther Barns.

Issued at Sacramento, California on December 10, 2015 at _____

By: _____

Magistrate Judge Carolyn K. Delaney