HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
JORDAN ALEXANDER KINGLEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-CR-217 MCE |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS TO CHANGE SURETY |
| vs. | |
| JORDAN ALEXANDER KINGLEE, | Judge: Hon. Allison Claire |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Christiaan Highsmith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew M. Scoble, attorney for Jordan Kinglee that the release conditions in the above captioned case be modified to permit a change in surety.

Mr. Kinglee was ordered released on May 13, 2015 by the Honorable Allison Claire on a $100,000 unsecured bond co-signed by the defendant's father Daniel Kinglee. The parties request that Daniel Kinglee be relieved as surety on the unsecured bond and in his place add the defendant's stepfather, Luther Barnes as surety.

/ / /

/ / /

/ / /

/ / /

Stipulation to Continue                                -1-                                *U.S. v Kinglee  15-cr-217,*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 14, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: December 14, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | */s/ Christiaan Highsmith*<br>CHRISTIAAN HIGHSMITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is ordered that the release conditions for Jordan Kinglee are modified to transfer the surety responsibitlies of a $100,000.00 unsecured bond from Daniel Kinglee, the defendant's father, to Luther Barnes, the defendant's stepfather.

Dated: December 14, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE