HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN KINGLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-217 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date:   January 7, 2016 |
| JORDAN KINGLEE, | Time:   9:00 a.m. |
| Defendant. | Judge:  Hon. Morrison C. England |

The United States of America, through its counsel, Assistant U. S. Attorney Christiaan Highsmith, and defendant, Jordan Kinglee, through Assistant Federal Defender, Matthew M. Scoble, stipulate that the status conference, currently scheduled for January 7, 2016, be continued to January 28, 2016 at 9:00 a.m.

On December 22, 2015 the Court issued a Minute Order advancing the status conference from January 14, 2016 to January 7, 2016. Defense counsel requires additional time to review discovery with the defendant and to pursue further investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 28, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: January 5, 2016          HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Matthew Scoble*
                                MATTHEW SCOBLE
                                Assistant Federal Defender
                                Attorney for JORDAN KINGLEE

DATED: January 5, 2016          BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Christiaan Highsmith*
                                CHRISTIAAN HIGHSMITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 28, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 7, 2016 status conference shall be continued until January 28, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT