1    HEATHER E. WILLIAMS, #122664
Federal Defender
2    MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
3    801 I Street, 3rd Floor
Sacramento, CA  95814
4    Telephone: (916) 498-5700

5    Attorneys for Defendant
JORDAN KINGLEE
6

7

8    UNITED STATES DISTRICT COURT

9    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN KINGLEE,<br><br>Defendant. | Case No. 2:15-cr-217 MCE<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA<br><br>Date:   February 18, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England |

17        The United States of America, through its counsel, Assistant U. S. Attorney

18    Christiaan Highsmith, and defendant, Jordan Kinglee, through Assistant Federal

19    Defender, Matthew C. Bockmon, stipulate that the change of plea, currently

20    scheduled for February 18, 2016, be continued to March 17, 2016 at 9:00 a.m.

21        On February 12, 2016, Matthew C. Bockmon was assigned to Mr. Kinglee's

22    case in place of Mattew M. Scoble.  Defense counsel Bockmon requires additional

23    time to review the discovery, meet and confer with the defendant and for necessary

24    preparation to become familiar with the case.

25        Based upon the foregoing, the parties agree time under the Speedy Trial Act

26    should be excluded of this order's date through and including March 17, 2016;

27    pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

28

1   General Order 479, Local Code T4 based upon continuity of counsel and defense

2   preparation.

3       Counsel and the defendant also agree that the ends of justice served by the

4   Court granting this continuance outweigh the best interests of the public and the

5   defendant in a speedy trial.

6

7   DATED: February 16, 2016          HEATHER E. WILLIAMS

8                                     Federal Defender

9                                     */s/ Matthew C. Bockmon*

10                                    MATTHEW C. BOCKMON

11                                    Assistant Federal Defender

12                                    Attorney for JORDAN KINGLEE

13   DATED: February 16, 2016          BENJAMIN B. WAGNER

14                                     United States Attorney

15                                     */s/ Christiaan Highsmith*

16                                    CHRISTIAAN HIGHSMITH

17                                    Assistant U.S. Attorney

18                                    Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, hereby adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 17, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 18, 2016 change of plea hearing shall be continued until March 17, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT