HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN KINGLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-217 MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| JORDAN KINGLEE, | Date:  June 30, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Christiaan Highsmith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Jordan Kinglee, that the judgement and sentencing hearing scheduled for June 30, 2016 be continued to July 7, 2016 at 10:00 a.m.

This continuance is necessary due to defense attorney, Matthew Bockmon's illness. Probation Officer, Becky Fidelman, is aware of this stipulation and has no objection.

Stipulation to Continue                        -1-

| | | |
|---|---|---|
| 1 | DATED: June 28, 2016 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | |
| 4 | | */s/ Linda C. Allison for* <u>*Matthew C. Bockmon*</u> |
| 5 | | MATTHEW C. BOCKMON Assistant Federal Defender |
| 6 | | Attorney for JORDAN KINGLEE |
| 7 | | |
| 8 | DATED: June 28, 2016 | PHILLIP A. TALBERT Acting United States Attorney |
| 9 | | |
| 10 | | */s/ Linda C. Allison for* <u>*Christiaan Highsmith*</u> |
| 11 | | CHRISTIAAN HIGHSMITH Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. The June 30, 2016 judgement and sentencing is VACATED and CONTINUED to July 7, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE