HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN KINGLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-217 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| JORDAN KINGLEE, | Date:     July 7, 2016 |
| Defendant. | Time:    10:00 a.m. |
| | Judge:   Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Christiaan Highsmith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Jordan Kinglee, that the judgement and sentencing hearing scheduled for July 7, 2016 be continued to July 14, 2016 at 10:00 a.m.

This continuance is necessary due to defense attorney, Matthew Bockmon's illness. Probation Officer, Becky Fidelman, is aware of this stipulation and has no objection.

1  DATED: July 5, 2016              HEATHER E. WILLIAMS

2                                   Federal Defender

3                                   */s/ Linda C. Allison for*

4                                   *Matthew C. Bockmon*

5                                   MATTHEW C. BOCKMON

6                                   Assistant Federal Defender

   Attorney for JORDAN KINGLEE

7  DATED: July 5, 2016              PHILLIP A. TALBERT

8                                   Acting United States Attorney

9                                   */s/ Linda C. Allison for*

10                                  *Richard Bender*

11                                  RICHARD BENDER

12                                  Assistant U.S. Attorney

   Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2          The Court, having received, read, and considered the parties' stipulation, and

3  good cause appearing therefrom, hereby adopts the parties' stipulation in its

4  entirety as its order. The Court orders the July 7, 2016, judgement and sentencing

5  is VACATED and CONTINUED to July 14, 2016, at 10:00 a.m.

6          IT IS SO ORDERED.

7  Dated:  July 6, 2016

8

9                                                      _____
                                                       MORRISON C. ENGLAND, JR
10                                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28