PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0217 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| JORDAN ALEXANDER KINGLEE, | |
| Defendant. | |

Based on the unavailability of defense counsel based on a medical condition it is hereby requested that the sentencing in this case, currently scheduled for July 14, 2016, be continued to August 25, 2016 at 10:00 a.m.

Dated: July 13, 2016                    PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        By: /s/ RICHARD J. BENDER
                                        RICHARD J. BENDER
                                        Assistant United States Attorney

Dated: July 13, 2016

                                        /s/ MATTHEW BOCKMON (by RJB)
                                        MATTHEW BOCKMON
                                        Attorney for the Defendant

//

STIPULATION AND ORDER CONTINUING         1
SENTENCING

1     Pursuant to the stipulation of the parties, and good cause having been shown, the July 14, 2016,
2 sentencing in the above-captioned case is hereby VACATED and CONTINUED to August 25, 2016, at
3 10:00 a.m.
4     IT IS SO ORDERED.
5 Dated: July 15, 2016

                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE