PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-217 MCE |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING SENTENCING DATE |
| v. | |
| JORDAN KINGLEE, | |
| Defendant. | |

Counsel for both parties request that the sentencing of defendant Kinglee, presently scheduled for August 25, 2016, be continued to September 1, 2016 at 10:00 a.m.  Defense counsel has filed a somewhat extensive sentencing memorandum to which the government needs time to respond.

Dated:  August 23, 2016                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                       By: /s/ RICHARD J. BENDER
                                           RICHARD J. BENDER
                                           Assistant United States Attorney

Dated: August 23, 2016                     MATTHEW C. BOCKMON  by RJB
                                           MATTHEW C. BOCKMON
                                           Attorney for Jordan Kinglee

IT IS SO ORDERED.

Dated:  August 24, 2016

                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE