# UNITED STATES DISTRICT COURT
## Eastern District of California

## Report on Offender Under Supervision
*(Not to be "Filed")*

| | | | |
|---|---|---|---|
| **Name of Offender:** | Jordan Alexander Kinglee | **Docket Number:** | 2:15CR00217-01 |

**Name of Judicial Officer**: United States District Judge Morrison C. England, Jr.

**Date of Original Sentence:** 9/1/2016

**Original Offense:** 18 U.S.C. §§1343, 1346 - Honest Services Wire Fraud (Class C Felony)

**Original Sentence:** 12 Months and 1 Day Custody in the Bureau of Prisons; 36 Months Supervised Release; $100 Special Assessment; DNA Collection; Mandatory Drug Testing

**Special Conditions:**

Warrantless Search
Drug/Alcohol Treatment
Drug/Alcohol Testing
Mental Health Treatment
Aftercare Co-payment

**Type of Supervision:** TSR

**Date Supervision Commenced:** 1/4/2017

**Other Court Actions:**

**01/05/2018:** Motion Requesting Early Termination of Supervised Release filed by the offender.

**01/12/2018:** Minute Order issued referring Motion for Early Termination to defense counsel for review.

**01/18/2018:** Withdrawal of Motion Requesting Early Termination by offender.

**06/18/2018:** Probation Form 12A, Report on Offender Under Supervision, was submitted to inform the Court that on June 4, 2018, the offender provided a urine sample, which tested positive for Marijuana. The Probation Officer recomended no adverse action. The Court approved the recommendation.

Page **1** of 3                                                                                                                       PROB 12A
                                                                                                                                                         (08/13)

## NONCOMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the term of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

The offender has not complied with the following condition(s) of supervision:

**UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

**Details of alleged non-compliance:** On June 26, 2018, the offender provided a urine sample, which tested positive for Marijuana (Sample Number B01766744, was confirmed by Alere Laboratories).

**U.S. Probation Officer Plan/Justification:** The undersigned probation officer developed a plan that includes substance abuse treatment and random drug testing. Currently, the offender is benefiting from treatment services. In view of the aforementioned, it is respectfully recommended the Court approve the intervention plan. The offender has been advised that if he fails to comply with treatment services, a formal revocation petition will be submitted to the Court.

Respectfully submitted,

**/s/ Jose Figueroa**
**Jose Figueroa**
**United States Probation Officer**
Telephone: (661) 321-3819

**DATED:** 7/6/2018

Reviewed by,

**/s/ Lonnie E. Stockton**
**Lonnie E. Stockton**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

**Dated: July 17, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Richard J. Bender

Defense Counsel: Matthew Bockmon